United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

Hadir Altoon,

    Defendant.

No. 19-cr-20836

Hon. Mark A. Goldsmith

---

## Stipulation and Order
## to Continue the Sentencing Date

---

The United States of America and Hadir Altoon, by and through their respective counsel (collectively, the "parties"), hereby stipulate and jointly move the Court to continue the defendant's sentencing hearing date from March 2, 2022 to October 26, 2022 at 2:00 p.m.

(*signatures on next page*)

Respectfully submitted,

DAWN N. ISON
United States Attorney

| *s/ Frances Lee Carlson* | *s/ James C. Thomas (with consent)* |
|---|---|
| Frances Lee Carlson | James C. Thomas |
| Assistant United States Attorney | Attorney for Defendant Hadir Altoon |
| 211 W. Fort Street, Suite 2001 | 12900 Hall Road, Suite 350 |
| Detroit, MI 48226 | Sterling Heights, MI 48313 |
| (313) 226-9696 | (86) 726-1000 |
| frances.carlson@usdoj.gov | jthomas@orlaw.com |

Dated: January 13, 2022

United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

                                                          No. 19-cr-20836

v.

                                                          Hon. Mark A. Goldsmith

Hadir Altoon,

    Defendant.

---

### Order Continuing the Sentencing Date

The Court has considered the parties' stipulation and joint motion regarding the defendant's sentencing date. Based on the parties' submission IT IS HEREBY ORDERED that the defendant's sentencing date will be continued from March 2, 2022 to October 26, 2022 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: January 20, 2022                  s/Mark A. Goldsmith
   Detroit, Michigan                     MARK A. GOLDSMITH
                                                  United States District Judge